# EXHIBIT 1

# EXHIBIT 1

Las Vegas News, Sports, Business, Entertainment and Classifieds    Advertise | Subscribe or Manage your account | E-mail / mobile al

Thursday
Nov 18, 2010



Search

HOME  NEWS  SPORTS  BUSINESS  LIFESTYLES  ENTERTAINMENT  TRAVEL  OPINION  OBITUARIES    JOBS  AUTOS  HOMES  CLASSIFIEDS  DEA

News

SAVE THIS   EMAIL THIS   PRINT THIS   MOST POPULAR   RSS FEEDS   POST A COMMENT

RECENT EDITIONS
Fri Sat Sun Mon Tue Wed

Sep. 25, 2010
Copyright © Las Vegas Review-Journal

## Vdara visitor: 'Death ray' scorched hair

### Chicago lawyer says bag also melted

By JOAN WHITELY

LAS VEGAS REVIEW-JOURNAL

The tall, sleek, curving Vdara Hotel at CityCenter on the Strip is a thing of beauty.

But the south-facing tower is also a collector and bouncer of sun rays, which -- if you're at the hotel's swimming pool at the wrong time of day and season -- can singe your hair and melt your plastic drink cups and shopping bags.

Hotel pool employees call the phenomenon the "Vdara death ray."

A spokesman for MGM Resorts International, which owns Vdara, said he prefers the term "hot spot" or "solar convergence" to describe it. He went on to say that designers are already working with resort staff to come up with solutions.

Designers foresaw the issue, and thought they had solved it by installing a high-tech film on the south-facing glass panes, according to Gordon Absher, the MGM spokesman. The film scatters more than 70 percent of reflected rays. But that's not enough, Absher acknowledged, as some pool guests are still uncomfortable.

Chicago visitor Bill Pintas experienced Vdara's "death ray" recently. A lawyer, he was here on business for Preferred Capital Lending, which he co-owns. He also co-owns a Vdara condo.

Pintas told the Review-Journal that at midday Sept. 16, after a brief dip in the hotel pool, he was sunning on a recliner. He was on his stomach, relaxed, eyes closed.

But suddenly, the lawyer became so uncomfortably hot that he leaped up to move. He tried to put on his flip-flop sandals but, inexplicably, they were too hot to touch. So he ran barefoot to the shade.







The Vdara Hotel swimming pool was a crowded place on a recent Sunday afternoon.
DUANE PROKOP/LAS VEGAS REVIEW-JOURNAL

MIKE JOHNSON/LAS VEGAS REVIEW-JOURNAL

Bill Pintas, a Chicago lawyer and businessman, took this photo of his melted plastic bag after he was caught unexpectedly at the Vdara pool deck in a "hot spot" of reflected sunlight.
COURTESY OF BILL PINTAS

 Police: Man Shot TV Over Palin Dance Number
Play

 Uneasy House Democrats Keep Pelosi As Leader
Play

 'Merchant-of-Death' Appears in U.S. Court
 Play

Sponsored Links

How to Fall Asleep?
Cambridge Researchers have developed an all natural sleep aid just for you.

I Had High Blood Pressure
Now it's down to 120/75. Find out how I did it without drugs

Mortgage Rates at 3.00%
$200,000 loan for $771/month. See New Payment - No SSN Rqd. Save Now!

"I was effectively being cooked," Pintas said. "I started running as fast as I could without looking like a lunatic."

Then he smelled an odor, and realized it was coming from his head, where a bit of hair had been scorched. It was about 12:20 p.m., as best Pintas can recall.

Taking brief refuge at the pool's bar area, Pintas chatted with employees. He said they chuckled when he described what had happened. "Yes, we call it the death ray," he says they told him. Sometimes it causes disposable drink glasses to melt, a cocktail waitress added.

After the intense reflection had passed, Pintas returned to his lounge chair. He remembered that a patron nearby laughed, and said something like, It got you, too?

Then he noticed something more -- a flimsy plastic bag holding his newspaper had partially melted. The portion of bag bearing the name Vdara had entirely melted away. Holes marked where the letters, in black ink, had absorbed the heat. Pintas snapped a photo of the bag, which he shared with the newspaper.



# 'Death Ray' heats up Vdara guests, residents



Sunlight

South side of property

The solar reflection covers an approximate 10 foot by 15 foot area, which moves as the Earth rotates.

Pool area

MIKE JOHNSON
LAS VEGAS REVIEW-JOURNAL

# EXHIBIT 2

# EXHIBIT 2

*"We wouldn't necessarily gauge someone's value to the advocacy movement based on what they've given. This is a powerful mechanism to engage this critical population. They inform their community, attend events, volunteer. It's not something you can measure by looking at a ledger."* In other words, Facebook activism succeeds not by motivating people to make a real sacrifice but by motivating them to do the things that people do when they are not motivated enough to make a real sacrifice. We are a long way from the lunch counters of Greensboro.

Twitter, Facebook and Social Activism [The New Yorker]

Posted in Five Kinds of Awesome, Technology, Thought-Provoking         → **Leave a comment**
Tagged Activism, Communication, Facebook, Politics, Social Networking, Ties, Twitter

# The Vdara Death Ray

Posted on September 28, 2010 | Leave a comment



The Vdara Hotel on the Las Vegas strip is known for it's stunning architecture. Its South tower is a curved glass tower which has the unfortunate property of concentrating and reflecting sunlight into the pool area.

> *Pintas told the Review-Journal that at midday Sept. 16, after a brief dip in the hotel pool, he was sunning on a recliner. He was on his stomach, relaxed, eyes closed.*
>
> *But suddenly, the lawyer became so uncomfortably hot that he leaped up to move. He tried to put on his flip-flop sandals but, inexplicably, they were too hot to touch. So he ran barefoot to the shade.*
>
> *"I was effectively being cooked," Pintas said. "I started running as fast as I could without looking like a lunatic."*
>
> *Then he smelled an odor, and realized it was coming from his head, where a bit of hair had been scorched. It was about 12:20 p.m., as best Pintas can recall.*

Vdara Visitor: 'Death Ray' Scorched Hair [LVRJ]

Posted in <u>Design</u>, <u>Flaming Ball of Death</u>                                                                     → **Leave a comment**
Tagged <u>Architecture</u>, <u>Danger</u>, <u>Death Ray</u>, <u>Heat</u>, <u>Hotel</u>, <u>Las Vegas</u>, <u>Light</u>, <u>Sun</u>, *Theme: Coraline by Automattic* <u>Vdara</u>

*Get a free blog at WordPress.com*

# EXHIBIT 3

# EXHIBIT 3

# *-APPLICATION-*

## Title

**Title of Work:** Vdara death-ray

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 25, 2010     **Nation of 1st Publication:** United States

## Author

- **Author:** Stephens Media LLC

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com     **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

|  |  |
|---:|:---|
| **Name:** | Steven A. Gibson |
| **Date:** | November 24, 2010 |
| **Applicant's Tracking Number:** | 0002160 |

Registration #:

Service Request #:  1-524088592

Application Date:  11-24-2010 12:55:02

# Correspondent

Organization Name:  Righthaven LLC
Name:  Steven A. Gibson
Address:  9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States