UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, *etc.*, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|   vs. ) | 2:10-cv-2173-RLH-LRL |
| ) | |
| KATHLEEN PEDDLE, *etc.*, ) | |
| ) | |
| ) | |
|    Defendants. ) | |
| ) | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

**IT IS ORDERED this action is hereby dismissed without prejudice.**

Dated:  September 2, 2011

_____
ROGER L. HUNT
**UNITED STATES DISTRICT JUDGE**